UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA REGALADO, as successor in interest to decedent RAYMOND REGALADO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY, ET AL.,<br><br>　　　　　　Defendants. | Case No.  1:23-cv-00672-BAM<br><br>**ORDER GRANTING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S EX PARTE EXTENSION REQUEST**<br><br>(Doc. 8) |

　　　　On July 5, 2023, Counsel for Defendant California Forensic Medical Group ("CFMG"), erroneously sued herein as Wellpath, Inc. provided the Affidavit of Lindsey M. Romano in support of Defendant's Initial Ex Parte Extension Request for more time to respond to Complaint.  (Doc. 8.) In it, Defendant's counsel notes that her firm received the assignment of the case on June 21, 2023 and requests an additional 30 days to file a responsive pleading in order to meaningfully review and meet and confer with Plaintiff on a responsive pleading.  (*Id.* at 2.)

　　　　After full consideration of the ex parte affidavit and exhibits attached thereto, as well as all other matters presented to the Court associated with the subject Initial Ex Parte Extension Request,

and good cause appearing therefore: Defendant's Initial Ex Parte Extension Request pursuant to Federal Rule 6 and Local Court Rule 144, is hereby GRANTED.  There is no prejudice for providing Defendant an extension in time to respond to Plaintiff's Complaint.  Defendant CFMG shall file its responsive pleading **on or before August 7, 2023**.

IT IS SO ORDERED.

Dated: __**July 6, 2023**__   _____/s/ Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE