UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA REGALADO, as successor in interest to decedent RAYMOND REGALADO,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00672-BAM<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR RULE 26 SCHEDULING CONFERENCE**<br><br>(Doc. 14) |

On July 26, 2023, the parties filed a stipulation agreeing to a two-week continuance of the Scheduling Conference currently set for August 8, 2023. The parties explain that Plaintiff's counsel is currently engaged in an extended trial in the Central District of California and is not available to attend the Scheduling Conference. The parties also indicate that they have not finished preparation of the Joint Scheduling Report. (Doc. 14.)

Good cause appearing, the parties' stipulation to continue the Scheduling Conference is GRANTED. The Scheduling Conference currently set for August 8, 2023, is CONTINUED to **August 22, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file their Joint Scheduling Report at least one full week prior to the Scheduling Conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be

1

provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **July 27, 2023**                          /s/ *Barbara A. McAuliffe*             _
                                                                  UNITED STATES MAGISTRATE JUDGE