

## United States District Court
## Eastern District of California

| Dianna Regalado, et al. | |
|---|---|
| Plaintiff(s) | Case Number: 1:23-CV-00672-BAM |
| V. | |
| Fresno County, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Allison J. Becker** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Wellpath, LLC**

On **08/08/2012** (date), I was admitted to practice and presently in good standing in the **United States District Court for the Eastern District of North Carolina** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) Est. Linda Miller PHV Applied: May 22, 2023.

Est. of Linda Miller et al. v. County of Sutter, et al.; 2:20-cv-00577-DJC-DMC Granted May 22, 2023

Chue Doa Yang, et al. v. County of Yuba, et al.; 2:23-cv-00066-TLN-JDP Granted May 23, 2023

Chue Doa Yang, et al. PHV Applied: May 22, 2023.

Date: **07/11/2023**    Signature of Applicant: /s/ **Allison J. Becker**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Allison J. Becker |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 421 Fayetteville St. Suite 330 |
| City: | Raleigh    State: NC    Zip: 27601 |
| Phone Number w/Area Code: | (919) 787-4555 |
| City and State of Residence: | Raleigh, North Carolina |
| Primary E-mail Address: | abecker@grsm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lindsey M. Romano |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 275 Battery Street, Suite 2000 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 875-4126    Bar #: 337600 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **August 2, 2023**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT