UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00672-KES-BAM<br><br>ORDER FOLLOWING STATUS CONFERENCE AND INFORMAL DISCOVERY DISPUTE CONFERENCE<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS, MOTION TO AMEND, AND MOTION FOR PROTECTIVE ORDER |

On July 29, 2025, the Court held a status conference and informal discovery dispute conference. Counsel Narine Mkrtchyan and Jeff Price appeared on behalf of Plaintiffs C.R.A. (by and through his legal guardian Natyshja Alvarez) and Melchor David Alvarez. Counsel Caitlin Smith appeared on behalf of Defendants Fresno County and Fresno County Sheriff's Department. Counsel Allison Becker appeared on behalf of Defendant Wellpath, LLC.

The Court and parties discussed the status of this action, including (1) the discharge of claims against Defendant Wellpath, LLC, (2) Plaintiffs' request to amend the caption to add Wellpath Liquidating Trust as a nominal defendant and request for leave of Court to amend the complaint to add the California Forensic Medical Group, Inc. ("CFMG") as a defendant, (3) County Defendants' pending motion to dismiss (Doc. 64), (4) County Defendants' motion for protective order seeking a stay of discovery pending a final ruling on their motion to dismiss (Doc. 86), and (5) Plaintiffs' informal discovery dispute.

1  The Court informed Plaintiffs that they would need to seek an amendment of the claim to add any defendants -- nominal or otherwise. The Court also declined to address Plaintiffs' informal discovery dispute in light of the pending motion for protective order. To advance the case, the Court set the following briefing schedules for the County Defendants' pending motions and Plaintiffs' anticipated motion to amend to add defendant(s):

**Defendants' Motion to Dismiss** (Doc. 64):

| | |
|---|---|
| Plaintiffs' deadline to file any opposition: | September 19, 2025 |
| Defendants' reply deadline: | October 3, 2025 |
| Hearing: | **October 20, 2025, at 1:30 p.m. Courtroom 6 (KES)** |

**Motion to Amend**:

| | |
|---|---|
| Plaintiffs' deadline to file motion to amend: | August 29, 2025 |
| Defendants' opposition deadline: | September 19, 2025 |
| Plaintiffs' reply deadline: | October 3, 2025 |
| Hearing: | **October 20, 2025, at 1:30 p.m. Courtroom 6 (KES)** |

As requested, the motion to dismiss and motion to amend are currently set for hearing on the same date before District Judge Kirk E. Sherriff.

**Defendants' Motion for Protective Order** (Doc. 86):

| | |
|---|---|
| Plaintiffs' deadline to file any opposition: | August 15, 2025 |
| Defendants' reply deadline: | August 29, 2025 |
| Hearing: | **September 11, 2025, at 9:00 AM Courtroom 8 (BAM)** |

IT IS SO ORDERED.

Dated: **July 29, 2025**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE