UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00672-KES-BAM<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT WELLPATH, LLC SHOULD NOT BE DISMISSED FROM THIS ACTION<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

The Court has received and reviewed the Notice of Discharge and Injunction filed by Defendant Wellpath, LLC. (Docs. 84, 85.) The parties are advised that the Court intends to dismiss Defendant Wellpath, LLC from this action with prejudice in light of the Bankruptcy Court's order of discharge and associated injunction. (*Id.*) Accordingly, **within twenty-one (21) days** of the date of service of this order, Plaintiffs shall show cause in writing, not to exceed five (5) pages, why Defendant Wellpath, LLC should not be dismissed from this action with prejudice. Plaintiffs' failure to timely respond to this order may result in dismissal of Defendant Wellpath, LLC with prejudice and without further notice from the Court.

Defendants County of Fresno, Fresno County Sheriff's Department, and Wellpath, LLC may, but are not required to, file written responses within twenty-one (21) days advising the

1

1  Court of their positions regarding dismissal of Defendant Wellpath, LCC from this action with
2  prejudice.

IT IS SO ORDERED.

Dated:  **August 5, 2025**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE