UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | No. 1:23-cv-00672-KES-BAM<br><br>ORDER DENYING PLAINTIFFS' MOTION TO STRIKE<br><br>Doc. 91 |

Plaintiffs move to strike the motion to dismiss filed by defendants Fresno County and Fresno County Sheriff Department ("defendants"), Doc. 64, for failure to comply with the Court's Standing Order in Civil Cases. Doc. 91.

Plaintiffs argue that, prior to defendants' filing of their motion to dismiss on December 10, 2024, Doc. 64, defendants failed to meet and confer with plaintiffs, as required by this Court's Standing Order in Civil Cases. Plaintiffs contend that they suffered prejudice, as, had the parties met and conferred, either defendants would not have filed part of the motion to dismiss or plaintiffs could have proposed that the complaint be amended to clarify this issue. Doc. 91 at 4. Plaintiffs specifically refer to defendants' argument that plaintiffs' first amended

1

complaint "fails to plead that plaintiffs have standing to bring the federal survival causes of action." *Id.* (quoting Doc. 64 at 15).

Plaintiffs were on notice months before the filing of the motion to dismiss of defendants' position that plaintiffs' amended complaint fails to allege standing to bring the federal survival causes of action, as defendants set forth this argument in their opposition filed on June 24, 2024, to plaintiffs' motion to amend the complaint. *See* Doc. 56 at 20.  Given this and given the fact that eight months has elapsed since the filing of defendants' motion to dismiss, striking defendants' motion to dismiss is not warranted and would unnecessarily delay addressing the issues raised in the motion.

Plaintiffs' motion to strike, Doc. 91, is DENIED.

Before any future motions are filed, the parties shall meet and confer as required by the Court's Standing Order.

IT IS SO ORDERED.

Dated:   September 30, 2025

UNITED STATES DISTRICT JUDGE

2