# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO COUNTY, FRESNO COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>Defendants. | No. 1:23-cv-00672-KES-BAM<br><br>ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT |

GOOD CAUSE appearing

IT IS HEREBY ORDERED that the stipulation of the parties to extend the time for filing an opposition to the Fresno County Defendants' motion to dismiss portions of the Second Amended Complaint is **granted**. Plaintiffs may file a response to the motion to dismiss on or before January 15, 2026. Pursuant to Local Rule 230(d), County Defendants shall have ten (10) days to file a Reply after the Opposition is filed.

IT IS SO ORDERED.

Dated: December 19, 2025

_____
UNITED STATES DISTRICT JUDGE