UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY, et al.,<br><br>Defendants. | Case No. 1:23-cv-00672-KES-BAM<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR CFMG TO RESPOND TO THE SECOND AMENDED COMPLAINT<br><br>(Doc. 123) |

On December 29, 2025, the parties filed a stipulation to extend the time for Defendant California Forensic Medical Group ("CFMG") to respond to the Second Amended Complaint to January 6, 2026. (Doc. 123.) Pursuant to the parties' stipulation, and cause appearing, it is HEREBY ORDERED that CFMG's deadline to file its response to the Second Amended Complaint is extended to January 6, 2026.

IT IS SO ORDERED.

Dated:  **December 30, 2025**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

1