**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO COUNTY, FRESNO COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>Defendants. | No. 1:23-cv-00672-KES-FRS<br><br>ORDER ON STIPULATION TO EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>(Doc. 130) |

IT IS HEREBY ORDERED that the stipulation of the parties to extend the time for filing an opposition to the CFMG motion to dismiss portions of the Second Amended Complaint is **granted**. Plaintiffs may file a response to the motion to dismiss on or before February 9, 2026. Pursuant to Local Rule 230(d), County Defendants shall have ten (10) days to file a Reply after the Opposition is filed.

IT IS SO ORDERED.

Dated:   January 21, 2026

_____
UNITED STATES DISTRICT JUDGE

1 - Order