**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVEREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FRESNO COUNTY, FRESNO COUNTY SHERIFF'S DEPARTMENT, and CALIFORNIA FORENSIC MEDICAL GROUP, INC.,<br><br>                    Defendants. | CASE NO.  1:23-CV-00672-KES-BAM<br><br>ORDER ON DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S MOTION TO CONTINUE FEBRUARY 17, 2026 HEARING, ECF No. 135 |

GOOD CAUSE appearing,

IT IS HEREBY ORDERED that Defendant California Forensic Medical Group, Inc.'s Motion to Continue February 17, 2026 Hearing, ECF No. 135, is granted. The clerk shall reschedule the hearing for California Forensic Medical Group, Inc.'s motion to Dismiss to March 2, 2026, at 1:30 p.m.

IT IS SO ORDERED.

    Dated:    February 11, 2026    

_____
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER ON DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S MOTION TO CONTINUE FEBRUARY 17, 2026 HEARING, ECF NO. 135