Jeff Dominic Price  JDP PC  |  SBN 165534
23465 Civic Center Way
Malibu, California 90265-5581
jdp@jdpfirm.com
T. 310.451.2222

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.R.A. by and through his legal guardian NATYSHJA ALVAREZ, MELCHOR DAVID ALVAREZ, as successors in interest to decedent RAYMOND REGALADO<br><br>Plaintiffs,<br><br>vs.<br><br>FRESNO COUNTY, FRESNO COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>Defendants. | No. 1:23-CV-00672-KES-FRS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF RESPONSE TO MOTION TO DISMISS FILED BY CFMG (ECF No. 126) |

To:    The Honorable Kirk E. Sherriff, United States District Judge:

WHEREAS,

On November 23, 2025, Plaintiffs filed a Second Amended Complaint (SAC), ECF No. 111;

On December 4, 2025, Plaintiffs filed a supplemental declaration pertaining to Code of Civil Procedure § 377.32;

On December 9, 2025, Plaintiffs filed an acceptance of service of the SAC on Defendant CFMG, Inc.;

On January 6, 2026, CFMG filed a motion to dismiss, making the opposition due January 20, 2025, pursuant to LR 230;

---

1—— Stipulation to extend time for response  to motion to dismiss Second Amended Complaint

Due to Plaintiffs' counsels' impacted schedule the parties hereby stipulate that the plaintiffs may file an opposition to the motion to dismiss filed by CFMG on or before February 12, 2026.

Plaintiffs and all named Defendants hereby stipulate that pursuant to Local Rule 230(d), CFMG's Reply to Plaintiffs' Opposition is due for filing no later than ten (10) days after the Opposition is filed.

IT IS SO STIPULATED.

DATED: February  9  , 2026,          MKRTCHYAN LAW/JDP.PC
                                     Attorneys for Plaintiffs

                                     By        /s/ Jeff Dominic Price
                                            Jeff Dominic Price, Esq.

DATED: February  9  , 2026,          PRENTICE LONG, PC

                                          /s/ Caitlin Smith              [1]
                                     Caitlin Smith, Esq.
                                     Attorneys for Fresno County Defendants

DATED: February  9  , 2026,          GORDON REES SCULLY MANSUKHANI

                                          /s/ Lindsey Romano             [2]
                                     Allison Becker, Esq.
                                     Lindsey Romano, Esq.
                                     Kendra Stark, Esq.
                                     Attorneys for Defendant CFMG, Inc.

---

[1] I, Jeff Price, affirm that counsel, Caitlin Smith, gave her permission to affix her electronic signature to this Stipulation and Proposed Order, on February  9  , 2026.

[2] I, Jeff Price, affirm that counsel, Lindsey Romano, gave her permission to affix her electronic signature to this Stipulation and Proposed Order, on February  9  , 2025.

**ORDER**

GOOD CAUSE appearing and demonstrated by the parties, the Court hereby grants the stipulation; Plaintiffs' response to the motion to dismiss is due February 12, 2026.

IT IS SO ORDERED.

Dated:   February 11, 2026   

_____
UNITED STATES DISTRICT JUDGE

3-— Stipulation to extend time for response  to motion to dismiss Second Amended Complaint